THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID RICHARD RODISH                                                    PETITIONER
Reg #18797-030

v.                              Case No. 2:25-cv-00116-KGB

C. HUMPHREY,                                                           RESPONDENT
Warden, FCI-Forrest City Low

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 16).  Neither party has objected to the Recommendation, and the time for doing so has passed.  After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id*.).  The Court dismisses as moot petitioner Rodish's petition for a writ of *habeas corpus* for failure to prosecute (Dkt. No. 1).

It is so ordered this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge