### THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DAVID RICHARD RODISH**                                            **PETITIONER**
**Reg #18797-030**

**v.**                                  **Case No. 2:25-cv-00116-KGB**

**C. HUMPHREY,**                                                    **RESPONDENT**
**Warden, FCI-Forrest City Low**

## <u>JUDGMENT</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner David Richard Rodish's petition is dismissed without prejudice (Dkt. No. 1). The relief requested is denied.

It is so adjudged this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge